**LOUISVILLE & JEFFERSON COUNTY
BOARD OF ZONING ADJUSTMENT,
Movant,**

v.

**JOSEPH C. HOFGESANG SAND
COMPANY, INC., Respondent.**

Supreme Court of Kentucky.

Sept. 18, 1979.

Alex F. Talbott, Louisville, for movant.

Ben B. Hardy, Louisville, for respondent.

## OPINION AND ORDER

The motion of Louisville & Jefferson County Board of Zoning Adjustment for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered March 23, 1979, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of *City of Paducah v. Jones,* 126 Ky. 809, 104 S.W. 971 (1907), and *American Book Company v. Wells,* 26 K.L.R. 1159, 83 S.W. 622 (1904).

All concur.